UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20666-CR-LENARD/TORRES

**UNITED STATES OF AMERICA**

    Plaintiff,

vs.

**ALFREDO ARIAS,,**

    Defendant.
_____/

**ORDER ADOPTING THE REPORT OF THE MAGISTRATE JUDGE (D.E. 30) AND DENYING DEFENDANT'S MOTION TO DISMISS INDICTMENT**

**THIS CAUSE** is before the Court on the Report of the Magistrate Judge , issued on January 17, 2007. Neither Party has filed any objections to the Report. After a de novo review of the Report and record, it is hereby:

    **ORDERED AND ADJUDGED** that :

1.    The Report of the Magistrate Judge (D.E. 30) is **ADOPTED**.

2.    Defendant's Motion to Dismiss Indictment, (D.E. 10) is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 5th day of February, 2007.

                                                   **JOAN A. LENARD**
                                                 **UNITED STATES DISTRICT JUDGE**

cc:    U.S. Magistrate Judge Edwin G. Torres
        James Koukios, AUSA
        Joel Kaplan, Esq.